In re FREEMAN COTTING COAT CO.

(District Court, D. Massachusetts. October 22, 1913.)

No. 18,581.

BANKRUPTCY (§ 88*)—INVOLUNTARY PROCEEDINGS—RIGHT OF CREDITORS TO INTERVENE.

Where a petition in involuntary bankruptcy, good upon its face, has been filed, intervening petitions filed by other creditors, who are not aware of the existence of an estoppel against the original creditors, will not be dismissed if properly and seasonably filed.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. §§ 58, 98, 104, 109–112; Dec. Dig. § 88.*]

In Bankruptcy. In the matter of bankruptcy proceedings against the Freeman Cotting Coat Company. On motions to dismiss intervening petitions. Motions denied, and original petition dismissed.

See, also, 212 Fed. 548.

Friedman & Atherton, of Boston, Mass., for petitioning creditors.

Ferdinand A. Wyman, of Boston, Mass., for answering creditors.

MORTON, District Judge. The original petition was good upon its face and was brought in good faith. There is no evidence that the intervening creditors were aware of the facts upon which the estoppel

against the principal petitioners arises, nor that they did not act in good faith in intervening. The intervening petitions were properly and seasonably filed.

The motions to dismiss the intervening petitions are severally denied. See Re Bedingfield (D. C.) 96 Fed. 190; Re Ryan (D. C.) 114 Fed. 373; Re Lewis F. Perry & Whitney Co. (D. C.) 172 Fed. 744.

No further suggestions having been made by the parties, in accordance with the opinion herein dated 'July 28, 1913, the petition in bankruptcy is dismissed, without costs.